IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61620-DPG

JOHN CARLINO, an individual, EAD COSMETICS LLC, a Florida Limited Liability Company, and CARLINO & DAVIS INTERNATIONAL LLC, a Florida Limited Liability Company,

    Plaintiffs, Counter-Defendants,

v.

ERIK ALAN DAVIS, an individual d/b/a ERIK ALAN DAVIS, LE SUPRÊME, a Florida Limited Liability Company, and TIM HOCKLANDER, an individual,

    Defendants, Counter-Claimants.

## AGREED STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURES ONLY

Plaintiffs JOHN CARLINO, an individual, ("Carlino"), EAD COSMETICS LLC, a Florida Limited Liability Company, ("EAD") and CARLINO & DAVIS INTERNATIONAL LLC, a Florida Limited Liability Company, ("C&DI"), (collectively "Plaintiffs, Counter-Defendants"), by and through the undersigned counsel hereby file the this agreed stipulation to extend the deadlines for the parties' respective expert disclosures by seven (7) days. Thus Plaintiffs' expert disclosures are now due April 4, 2019, and Defendants' expert disclosures are now due May 6, 2019. Exchange of rebuttal expert witness summaries and reports shall now be May 27, 2019. All other deadlines remain set as in this court's Order of October 21, 2018. Attorneys for all parties have conferred and are in agreement.

DATED: March 28, 2019					Respectfully Submitted,

							By:     /s/Miriam Richter     
							MIRIAM RICHTER
							FLORIDA BAR NO. 44831


							MIRIAM RICHTER, ATTORNEY AT LAW, P.L.
							2312 WILTON DRIVE, SUITE 9
							WILTON MANORS, FLORIDA 33305
							TELEPHONE: 954.977.4711
							FACSIMILE:  954.977.4717
							EMAIL: MRICHTER@RICHTERTRADEMARKS.COM

## CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing (NEF) generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                                         */s/ Miriam Richter*

## SERVICE LIST
Carlino *et. al.* v. Davis, *et. al.*
Case No. 0:18-cv-61620-DPG
United States District Court, Southern District of Florida

Alexander D. Brown
FBN: 0752665
THE CONCEPT LAW GROUP, P.A.
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
TEL.: 954-300-1500
FAX: 954-300-1501
ABROWN@CONCEPTLAW.COM

Brady J. Cobb
FBN: 31018
COBB EDDY, PLLC
1112 NORTH FLAGLER DRIVE
FORT LAUDERDALE, FLORIDA 33304
TEL.: 954-527-4111
FAX: 954-900-5507
BCOBB@COBBEDDY.COM
DFULOP@COBBEDDY.COM
CMEAGHER@COBBEDDY.COM