UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-61620-RAR

**JOHN CARLINO**, et al.,

      Plaintiffs,

v.

**ERIK ALAN DAVIS,**
**d/b/a ERIK ALAN DAVIS,**
**LE SUPREME, et al.,**

      Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Joint Mediation Report [ECF No. 49], filed on June 14, 2019, indicating the parties have reached an agreement resolving this matter.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 17th day of June, 2019.

 

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record